U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 AUG 10 P 4:48
CLERK
BY EOC
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

Danielle McAllister [redacted]

*Defendant(s)*

Case No. 2:26-mj-151-1-2

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 AUG 17 A 9:09
CLERK
BY
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 9, 2026 in the county of Windsor in the District of Vermont, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) & 18 U.S.C. § 2 | Knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, and aided and abetted in such distribution. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Colin Simons, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/10/2026

*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge

*Printed name and title*