UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-mj-151-1 |
| | ) | |
| DANIELLE MCALLISTER, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

The United States of America moves for the pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention. This defendant is eligible for detention because the case involves an offense under the Controlled Substances Act for which a maximum term of imprisonment of ten years or more is prescribed. *See* 18 U.S.C. § 3142(f)(1)(C).

2. Reason For Detention. The Court should detain the defendant because there are no conditions of release that will reasonably assure the safety of any other person and the community, or the defendant's appearance as required.

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the defendant under § 3142(e).

4. Time For Detention Hearing. The United States requests the court conduct the detention hearing upon completion of the pretrial services report.

5. Other Matters. The defendant is charged by criminal complaint with distribution of fentanyl on April 9, 2026. The evidence against the defendant is strong; as detailed in the affidavit supporting the criminal complaint, it includes an audio recording of her arranging a

drug transaction and a recording of the person who arrived to conduct the transaction stating she was with "Dani," a nickname for the defendant.

McAllister's history and characteristics demonstrate that no conditions of release can reasonably assure the safety of the community or her appearance as required. The defendant was arrested in Springfield, Vermont pursuant to the federal arrest warrant associated with this case at approximately 9:00 p.m. on August 16, 2026. When she was searched incident to arrest, law enforcement found approximately 7 grams of suspected cocaine base and U.S. currency on her person. *See* Ex. 1 (Aug. 17, 2026 Springfield Police Department Affidavit).

At the time of McAllister's arrest, she was on State of Vermont probation in connection with 2025 charges for cocaine possession and violation of conditions of release. *See* Ex. 2 (Aug. 10, 2026 State of Vermont v. Danielle McAllister Probation Violation Complaint). The conditions of her probation included that she was not to possess any regulated drug without a valid prescription and not to engage in criminal behavior. Ex. 2. Her possession of cocaine base was a violation of those conditions.

In addition, as detailed in Exhibit 2, on July 24, 2026, McAllister arrived at the Windsor County courthouse for treatment court with suspected narcotics, a crack cocaine pipe, and a lighter on her person. Further, she did not comply with probation conditions requiring a screening for substance abuse treatment, departed residential substance abuse treatment against medical advice, and lied to her probation officer about having an appointment with a case worker. *See* Ex. 2.

The defendant has disregarded her state court-imposed conditions of probation. Despite being afforded the opportunity to participate in the state treatment court docket, she has

continued using and possessing drugs. She therefore poses a danger to the community and risk of nonappearance.

For these reasons and any additional reasons set forth at the detention hearing, the government respectfully recommends that the defendant be detained pending trial.

Dated at Burlington, in the District of Vermont, August 17, 2026.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
First Assistant United States Attorney

*/s/ Nicole Cate*
NICOLE CATE
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725