# SPRINGFIELD POLICE DEPARTMENT
# AFFIDAVIT

**STATE OF VERMONT**
**WINDSOR COUNTY S.S.**

**Case #26SF004391**


Now comes the affiant, **William Guzzo IV**, being duly sworn and on oath, deposes and says that he has probable cause to believe that **Danielle McAllister (DOB:** [redacted] has committed the offenses of:

1) **Possession of Cocaine in violation of 18 V.S.A. § 4231(a)(2)**
2) **Possession of Narcotics in violation of 18 V.S.A. § 4234(a)(1)(A)**

On 08/16/2026 date at 2056 hours, the above offense was committed in the Town of Springfield, County of Windsor, State of Vermont.

*The affiant brings forth the following:*

1. On 08/16/2026 at approximately 2056 hours, I was sitting stationary on patrol in an unmarked Springfield Police Department cruiser in the area of Front Street in Springfield, VT. I was observing the areas of Cherry Hill, Summer Hill Street and Poplar Street due to recent reports of criminal activity in the area.

2. While observing the area, I could see a white Ford Taurus traveling northbound on Cherry Hill. I observed the Vermont Registration to read KZX436. It should be noted that I was familiar with this vehicle from prior law enforcement encounters. It should also be known that I could see and recognize the operator of the vehicle to be Danielle McAllister (DOB: [redacted] and that I knew she had an active warrant for her arrest. I requested dispatch conduct a registration check. Dispatch confirmed the vehicle to be registered to Danielle and that there was a warrant for her arrest.

3. I activated my emergency blue lights on Summer Hill Street. Due to the vehicle not yielding to my emergency blue lights initially, I activated my sirens. The vehicle ultimately yielded to my lights and sirens at a pull off approximately a quarter mile east on Woodbury Road. It is noted that Cherry Hill, Summer Hill Street and Woodbury Road are all public highways as defined by Vermont Title 23.

4. Upon my approach of the vehicle, I requested the operator, Danielle, to turn her vehicle off. I requested Danielle to exit the vehicle to which she did. I placed her into handcuffs and advised her that she was detained pending confirmation of a warrant. I was soon advised that the warrant was confirmed and Danielle was placed under arrest.

5. Search incident to arrest, yielded two baggies consisting of suspected narcotics and a sum of money. One bag consisted of a large white, chalky like rock substance. Based on my training and experience, I recognized this large white, chalky like rock substance to be consistent with crack and/or cocaine. The other bag consisted of four loose marked pill capsules reading 113 & 107. No prescription bottle was on her person or could be seen in the vehicle. The above mentioned items were recovered from the breast area of Danielle, within her undergarments. Also in the area with the suspected narcotics, was $148.00.

6. Within Danielle's vehicle, officers observed what appeared to be a large re-sealable bag within a backpack in the back seat area of the vehicle. This large re-sealable bag appeared to have a white dusty powdery residue on or within the bag. In addition, officers located what appeared to be a pick style piece of metal within the center console of the vehicle beside the transmission shifter. Based on my training and experience, I recognize the pick style piece of metal observed to commonly be used in the aid of narcotic use to hold crack rocks or other substances in a vertical position, making them easier to pack into a bong or pipe or to scrape bongs or pipes. Ofc. Erwin read Danielle the Springfield Police Department Consent Form. Danielle denied consent to search her

GOVERNMENT
EXHIBIT
1

# SPRINGFIELD POLICE DEPARTMENT
# AFFIDAVIT

**STATE OF VERMONT**
**WINDSOR COUNTY S.S.**

**Case #26SF004391**


vehicle. Due to the suspected narcotics seized from Danielle search incident to arrest, and items observed within her vehicle, her vehicle was seized and brought to the Springfield Police Department pending a warrant.

7. Danielle and the items collected were brought back to the Springfield Police Department for processing.

8. Once back at the Springfield Police Department, I was able to review Danielle's warrant. The warrant was issued and signed by the Honorable United States District Court Judge Kevin J. Doyle on 08/10/2026. The offense was briefly described as, "On or about April 9, 2026, defendant did knowingly and intentionally distribute fentanyl, a schedule II substance, and defend did aid and abet such distribution." A copy of this warrant is attached and incorporated to this affidavit for reference.

9. Claremont, NH Police Department responded to the Springfield Police Department with a narcotics detection dog to conduct a sniff of Danielle's vehicle. A sniff was completed and it was noted by the handler, Patrol Officer Denis O'Sullivan that the dog alerted to the vehicle.

10. I was able to review and process the suspected narcotics that were seized from Danielle's person search incident to arrest. I utilized a Sirchie Nark Cocaine ID Swipe to perform a field test. The Sirchie Nark Cocaine ID Swipe turned blue, representing a positive test result for cocaine HCL (powder) or cocaine base (crack or freebase). I later photographed the suspected crack and/or cocaine, along with the positive field test. I weighed the suspected crack and/or cocaine which yielded a result of 7.61 grams. Reviewing the loose, marked pill capsules I observed two clear oblong capsules marked "107" alongside them. Through research with pill finder services, they were identified as Dexmethylphenidate Hydrochloride Extended Release 10mg. I observed two white and blue/green oblong capsules marked "113" alongside them. Through research with pill finder, they were identified as Dexmethylphenidate Hydrochloride Extended Release 40mg. These pills are classed as CNS Stimulants and scheduled 2 as a high potential for abuse. The evidence was photographed and forwarded it to the Springfield Evidence Technician to be later sent to the Vermont Forensic Laboratory for the purpose of a drug analysis.

11. Danielle was issued a criminal citation to appear in the Vermont Superior Court, Criminal Division, Windsor Unit, located in White River Junction on 10/06/2026, at 0800 hours, to answer for the charge of Cocaine and Depressant, stimulant, and narcotic drugs. A Vermont State Police Trooper from the Royalton Barracks responded to the Springfield Police Department to transport Danielle to Chittenden Regional Correction Facility.

[signature] M606
Affiant

08/17/2026
Date

State of Vermont
County of Windsor
Subscribed and sworn to before me on

This 17th Day of August 2026

Signature of Notary Public [signature]